UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERRIT H.J. MUSTERD,
    Plaintiff,

v.

RHODE ISLAND DEPARTMENT OF
HEALTH
    Defendant.

C.A. No. 17-124-JJM-PAS

## ORDER

This matter is before the Court on an objection (ECF No. 43) to a Report and Recommendation ("R&R") (ECF No. 42) from Magistrate Judge Patricia A. Sullivan, recommending that this Court grant Defendant's second Motion to Dismiss (ECF No. 40) Plaintiff's Amended Complaint. ECF No. 38. This Court previously granted Plaintiff permission to file an amended complaint when faced with Defendant's first Motion to Dismiss.

The Court accepts the R&R and GRANTS Defendant's second Motion to Dismiss for the reasons stated in the R&R. In the Plaintiff's objection, he again asks for an opportunity to file another amended complaint.[1] This Court will not grant him that relief again. The Magistrate Judge correctly points out that the Plaintiff's claims

---

[1] The Plaintiff did not attach a proposed amendment complaint to his request as required by our Local Rules. L.R. Civ. 15 ("A motion to amend a pleading shall . . . explain how the amended pleading differs from the original and why the amendment is necessary, and be accompanied by a complete and signed copy of the proposed amended pleading.")

rightly belong in state court. ECF No. 42 at 10. Allowing him further time to manufacturer federal jurisdiction for a second time is not appropriate.

The Court GRANTS the Defendant's Motion to Dismiss (ECF No. 40) without prejudice to allow him to file his claim in state court.

IT IS SO ORDERED:

/s/ John J. McConnell, Jr.
John J. McConnell, Jr.
United States District Judge

April 5, 2018